NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1157

### UNIVERSITY OF PITTSBURGH,

Plaintiff-Appellant,

v.

### VARIAN MEDICAL SYSTEMS, INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Western District of Pennsylvania in case no. 08-CV-1307, Judge Arthur J. Schwab.

## ON MOTION

## O R D E R

The University of Pittsburgh of the Commonwealth System of Higher Education moves for stay of proceedings until 90 days after this court's disposition of its motion for reconsideration in Univ. of Pittsburgh v. Varian Medical Systems, Inc., Appeal No. 2009-1227. Varian Medical Systems, Inc. opposes the length of the stay.

Pitt's motion for reconsideration in 2009-1227 was granted on February 24, 2010.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part; the appellant's opening brief is due within 60 days from the date of filing of this order. No further extension should be anticipated.

FOR THE COURT

| | |
|---|---|
| MAR 0 4 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc: Roderick R. McKelvie, Esq.
Matthew H. Poppe, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 4 2010

JAN HORBALY
CLERK